**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
PHOENIX DIVISION**

| | | |
|---|---|---|
| JOSE GARCIA, MARK WILBURN, JOSE LUIS VAZQUEZ, JOSE CABALLERO, AMERICO FUENTES, FRANCISCO MARTINEZ-VILLARREAL, JOSE MEJIA, KENNETH POWELL, ROSA RAMIREZ, ALEX SANTOS, DULCE SANTOS, JAMES STEPHENS, AARON DUNNING, ALBERT FOKS, GABRIEL STRASSER, LARRY BURT, JEFFREY CASADY, ALBERT DENNIS, WLODZIMIERZ DEBSKI, IVAN DIAZ, RAMON DIAZ, MELISSA EARLEY, RANDAL MORTON HOOPER, GENERAL LEE MCKINNEY, MICHAEL KEE, ED KRAPF, JORDAN O'DONNELL, MARSELO RODRIGUEZ, CHET PAINTER, WILLIAM SHELTON, MARK WILBURN, and MICHAEL WILLIN on behalf of themselves and all other persons similarly situated, <br>      *Petitioners*, <br><br> v. <br><br> MCA FINANCIAL GROUP, LTD., <br>      *Respondent.* | § § § § § § § § § § § § § § § § § § § § § § § § | MC-18-_____ PHX-_____ |

**ORDER GRANTING PETITIONERS' MOTION TO ENFORCE SUBPOENA**

On this day, the Court considered Petitioners Jose Garcia, et al.'s Motion to Enforce Third-Party Subpoena, as well as any responses thereto, all filed in the above-captioned cause. After due consideration, the Court is of the opinion that the motion should be granted.

Accordingly, **IT IS ORDERED** that Petitioners Jose Garcia, et al.'s Motion to Enforce Third-Party Subpoena be, and hereby is, **GRANTED.**

1    **IT IS FURTHER ORDERED** that Petitioners Jose Garcia, et al.'s

2    **SUBPOENA** (attached hereto and incorporated as <u>Exhibit A</u> to this Order) is

3    **MODIFIED** pursuant to Federal Rule of Civil Procedure 45(d)(3)(ii) to provide for

4    the following place of compliance: Continental Court Reporters c/o Alliance

5    Reporting Solutions, 2700 North Central Avenue, Suite 350, Phoenix, AZ 85018;

6    **IT IS FURTHER ORDERED** that the **OBJECTIONS** of Respondent MCA

7    Financial Group, LTD; MidCap Financial, LLC; and MidCap Funding X Trust are

8    **OVERRULED** pursuant to Federal Rule of Civil Procedure 45(d)(2)(B)(i);

9    **IT IS FURTHER ORDERED** that Respondent MCA Financial Group, LTD

10   is **COMANDED AND COMPELLED**, pursuant to Federal Rule of Civil Procedure

11   45(d)(2)(B)(i), **TO COMPLY WITH** Petitioners' Jose Garcia, et al.'s **SUBPOENA**

12   (attached hereto and incorporated as <u>Exhibit A</u> to this Order) **<u>on or before fourteen</u>**

13   **<u>(14) days of the date of this order</u>**.

14   **IT IS FINALLY ORDERED** that Petitioners Jose Garcia, et al. shall receive,

15   and **RESPONDENT** MCA Financial Group, LTD **SHALL PAY,** a contingent

16   award of sanctions, pursuant to Federal Rule of Civil Procedure 45(g), in the form

17   of court costs and attorney's fees incurred by Petitioners in filing and prosecuting

18   this miscellaneous proceeding.  Said sanctions are to be awarded only in the event

19   that MCA fails to timely comply with this Order.

1    **DATED** this _____ day of _____, 20_____.

2                                    _____

3

4                                    THE HONORABLE _____

5                                    United States District Judge